482

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* THEO-DORE KOTWASKINSKI, Petitioner-Appellant.

(No. 56888; )

First District (3rd Division)—April 19, 1973.

PER CURIAM.

Kenneth L. Gillis, of Defender Project, and Steven Clark, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, Bernard S. Armel, and James E. Staruck, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES JORDAN, Defendant-Appellant.

(No. 56712; )

First District (1st Division)—April 23, 1973.